## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Chris Thomas, being duly sworn, state as follows:

### BACKGROUND

1.      I am a Special Agent with the Iowa Department of Public Safety, Division of Criminal Investigation, and have been since 2006. I have completed twenty weeks of law enforcement at the Iowa Department of Public Safety Training Center. Since November 2013, I have been assigned to the Cyber Crime Unit and the Iowa Internet Crimes Against Children Task Force. I have received training relating to child exploitation and child pornography, and I have investigated numerous criminal violations relating to these offenses, including obtaining multiple search warrants. I have participated in multiple investigations involving computers and electronic evidence. From 2014 to approximately November 2016 I was part of an FBI Task Force assigned to investigate criminal computer intrusions. I am currently a Task Force Officer with the FBI's Child Exploitation Task Force.

2.      I am submitting this affidavit in support of a criminal complaint alleging that EDWARD LEE RAIBURN produced child pornography, in violation of Title 18, United States Code, Section 2251(a).

3.      This affidavit is based on information I have gained through my training and experience and my investigation of this matter; information I have received from other law enforcement officers; as well as my review of police reports, review of video/audio recorded interviews, review of forensic analysis reports, and



FILED
By: Clerk's Office, Southern District of Iowa
3:16 pm, Oct 01 2019

1

interviews conducted. Since I am submitting this affidavit for the limited purpose of securing a criminal complaint, I have not included every fact I know about the investigation.

## SUMMARY

4. In August 2019, 37-year old EDWARD LEE RAIBURN (Raiburn) used, persuaded, induced, and enticed a 13-year old minor female to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct. The minor victim was in Des Moines when the visual depictions (i.e. the child pornography) were produced. The child pornography was produced using a cell phone that had been made outside of Iowa and the child pornography was transported using a means and facility of interstate and foreign commerce. Accordingly, Raiburn has committed the crime of Production of Child Pornography, in violation of 18 U.S.C. § 2251(a).

## STATEMENT OF PROBABLE CAUSE

I. **On August 31, 2019, Des Moines Police found Raiburn in his vehicle with 13-year old minor female victim "CV".**

5. On August 31, 2019, Des Moines Police Patrol Officer responded to a complaint of a suspicious vehicle in a parking lot in Des Moines. The responding Des Moines Patrol Officer located the suspicious vehicle, and identified the two occupants as out-of-state[1] person Edward Lee Raiburn (Raiburn) (DOB XX-XX-1982), and Des Moines resident and minor female identified as "CV" (DOB XX-XX-

---

[1] I know the state of residence of Raiburn. It is not Iowa or a state adjacent to Iowa. I am referring

2

2006). The officer spoke with Raiburn and CV. Raiburn indicated he was a friend of CV's, and that he resided in State B, and that the pair had made the trip together from State B. CV advised she lived in State B with her guardian and that the guardian was aware that she was with Raiburn in Des Moines.

6. The patrol officer was suspicious of the circumstances and the lack of personal information that CV provided. The officer contacted CV's guardian, who the officer learned was actually CV's former guardian as CV presently lived with CV's mother in Des Moines. The former guardian indicated to the officer that CV was not supposed to be with Raiburn due to a no-contact order based on suspicions of an ongoing sexual relationship between CV and Raiburn. The former guardian informed the officer that the family decided to move CV from State B to Iowa within the past few months to stay with her mother, in order to get CV away from Raiburn.

7. Des Moines Police made contact with CV's mother, "ND", who subsequently responded to the location of her daughter and took control of CV. Police also recovered a box in the possession of CV that chronicled the relationship between CV and Raiburn. The contents of the box included cards, journals, and photographs.

---

herein to that state as "State B" in an effort to protect the identity of the victim.

Case 4:19-mj-00680-CFB Document 1-1 Filed 10/01/19 Page 4 of 11

4:19-MJ-680

**II. In August 2019, Raiburn engaged in sexually explicit chats with minor female victim "CV". Raiburn knew CV to be 13-years old and Raiburn specifically asked for and received photos of CV that are of CV engaged in "sexually explicit conduct."**

8. When police initially made contact with CV, the patrol officers noted that she was in possession of two cell phones. When CV was returned to ND, ND only noted that CV was in possession of one cell phone. When CV was questioned about the second cell phone, she indicated that she had gotten rid of it.

9. Later on August 31, ND discovered CV with the second cell phone. It was learned later that this cell phone was given to CV by Raiburn. The cell phone given to CV by Raiburn was a Black, Alcatel, A502DL TCL LX Prepaid cell phone.

10. "JD" (an adult parent who resides with ND and CV) viewed the contents of the second cell phone, the Alcatel A502DL, and discovered sexually explicit messages and photos sent between Raiburn and CV. JD and ND turned the cell phone over to Des Moines Police on September 2, 2019 and told the police the nature of the messages they had discovered on the cell phone.

11. Law enforcement obtained a search warrant to search the Alcatel cell phone. Law enforcement forensically analyzed that cell phone. This cell phone was not manufactured in the state of Iowa.

12. I have reviewed the forensic report from the Alcatel A502DL cell phone. Text messages span from approximately August 9, 2019 through the date CV's parents took the cell phone from her. The following is only some of the information I have learned regarding this cell phone and only some of the content

reflected in text messages exchanged between Raiburn and CV:

    a.    It appears as though messages and photos on the phone are exclusively between Raiburn and CV. There are only two contacts in the phone with which CV communicates. Based upon the content of the messages, Raiburn appears to be using both numbers from two different phones. The two contacts that are communicating with CV are as follows, XXX-XXX-6209, in the contacts as "My Love", and XXX-XXX-4339, in the contacts as "My Love 2".

    b.    There are several "selfies" of Raiburn that are sent to CV.

    c.    There are several "selfies" of CV sent to Raiburn.

    d.    There are photos of CV and Raiburn together.

    e.    There are photos of screen shots of engagement rings and repeated discussions of Raiburn and CV getting married.

    f.    Raiburn on several occasions acknowledges CV's age is 13 years old, and acknowledges that his behavior with her is against the law.

    g.    Based upon the messages it is apparent that Raiburn has recently, and on multiple occasions, engaged in in-person sex acts with CV.

    h.    Raiburn sends CV several photos of, what is indicated as, his

5

    erect penis.

i.   CV sends several nude photos of herself, which include depictions of her genitals to Raiburn.

j.   Raiburn sends his address to CV (this is confirmed as his current address in State B by State B Driver's License records and State B Treasurer's Office records).

k.   Based off the messages it is apparent that Raiburn is in Des Moines on multiple occasions for the purpose of meeting with CV, it appears that he does in fact meet with CV, and it appears as if he had traveled from State B to Des Moines to do so.

l.   The following are a small sample of messages that are exchanged between the two:

Date of 8/12/2019
Raiburn:   "Can I get one of you know what"
CV:   "Pussy"
Raiburn:   "Please. If not I understand"
CV:   [CV sends Raiburn a close-up photo depicting a female's genitals.] [I note that the female is wearing a ring on her finger and that said ring is consistent with a ring worn by CV in other photographs I have viewed on this cell phone.]

Date of 8/12/2019
Raiburn:   "What do you like about me?"
CV:   [responds affirming prior sex acts with Raiburn]
Raiburn:   "Lol. I miss that too. I miss you riding me the most"
............   ............
Raiburn:   "You always pleased me in every way possible"

Date of 8/15/2019
| | |
|---|---|
| Raiburn: | "Send me a picture of what I am missing out on" |
| CV: | "What. Just say it" |
| Raiburn: | "I want to see your pussy with your finger in it" |
| CV: | "ok" |
| CV: | [CV sends Raiburn a photo depicting a female's genitals with that same female's finger inserted into her vagina.] [I note that this is a different photograph than the one described above with respect to 8/12/2019. Furthermore, the female is again wearing what appears to be the same ring on her finger.] |
| Raiburn: | [Raiburn then sends CV a close-up picture of an erect penis.] |

Date of 8/15/2019
| | |
|---|---|
| Raiburn: | "I like that pussy picture. It looks amazing" |
| ......... | ......... |
| Raiburn: | [shortly later Raiburn sends CV messages indicating he wishes to engage in sex acts with CV] |

Date of 8/18/2019
| | |
|---|---|
| Raiburn: | "I want to fuck you my love" |
| ..... | ......... |
| CV: | "I love you" |
| Raiburn: | "I love you too baby girl" |
| CV: | "Can not wait to run away" |
| Raiburn: | "I Know my love." |

**III. Following his arrest, Raiburn acknowledged to police that he had received nude photos from CV, had sent nude photos of his genitals to CV, and had previously had sexual intercourse with CV. Furthermore, when arrested in September 2019, Raiburn possessed the cell phones he used to communicate with CV.**

13. Around September 9, 2019, law enforcement obtained Iowa state arrest warrants for Raiburn for violation of Iowa code 728.12(1), Sexual Exploitation of a Minor-Cause to engage in act, a Class C Felony, and for Enticing a minor under 16 years old for sexual purpose, a Class D Felony in violation of 710.10(2).

14. On September 17, 2019, Raiburn was arrested by law enforcement in State B. According to law enforcement in State B, law enforcement seized three cell phones from Raiburn. Two cell phones from his person, and one cell phone from his vehicle. According to State B law enforcement, the phones seized from Raiburn's person have registered call numbers that matched the numbers assigned to contacts "My Love" and "My Love 2" in CV's phone. These cell phones have not yet been forensically examined.

15. On September 17, 2019, after his arrest, State B authorities interviewed Raiburn. This interview was audio and video recorded. According to State B law enforcement, Raiburn was read his *Miranda* rights, waived those rights, and agreed to speak to law enforcement. Raiburn acknowledged that he had received nude photos from CV and acknowledged that he sent nude photos of his genitals to CV. Raiburn denied any sexual activity with CV. Raiburn acknowledged that the two phones that were seized from his person, were the same

two cell phones that he used to communicate with CV. Raiburn was processed and booked into a State B jail.

16. Later that day, State B law enforcement listened to a phone call that Raiburn made from jail. Raiburn contacted his longtime significant other, a female identified as "BB". In the phone call, BB hinted to Raiburn that she had found a "note" that belonged to Raiburn. BB indicated that if law enforcement saw the contents of the note, that Raiburn would be in trouble and would go to jail. Raiburn requested that BB travel to his place of employment to retrieve a lockbox in his employer's locker. In the context of the conversation in the phone call, concerning the lock box, Raiburn indicated that he did not want law enforcement to discover this lock box, and he wanted BB to obtain the lockbox so law enforcement would not discover the lockbox.

17. State B law enforcement was able to intercept BB before she was able to enter Raiburn's place of employment. Law enforcement spoke to BB and obtained "the note" that she referenced in the phone call with Raiburn. I have viewed a copy of this "note". The first part of the note, reads like a hand written journal entry written by Raiburn, it outlines two occasions that Raiburn had sex with CV in mid-June 2019. The bottom of the note, appears to be handwritten rules and guidelines that are to be followed by Raiburn and CV while they are in a relationship, which includes the guideline of "Do Not DATE ANYONE Else", and "No Kissing other people". The note then appears to be signed by Raiburn and CV.

18.     Around September 20, 2019, State B law enforcement interviewed Raiburn a second time. Raiburn was read his *Miranda* rights and agreed to speak to law enforcement. Raiburn acknowledged having sexual intercourse with CV on two occasions.

## IV. CV was living in Des Moines at the time the August 2019 messages were exchanged between Raiburn and CV.

19.     On September 27, 2019, I interviewed CV's parents—JD and ND—at their Des Moines residence. The following is only some of the content from the interview:

    a.  ND stated that CV previously lived in State B with a relative. Around late July 2019, CV was informed that Child Protective Services in State B had initiated an investigation involving an inappropriate relationship between Raiburn and CV. ND then traveled from her residence in Des Moines to State B, took custody of CV, and brought CV back to Des Moines to live. CV has been living with JD and ND in Des Moines since about July 30, 2019 and has not traveled elsewhere since that time.

    b.  Before the interview with CV's parents, I observed the phone forensic report completed by the Iowa Division of Criminal Investigation (DCI) Internet Crimes Against Children Task Force (ICAC). I observed text messages and photos being exchanged between CV and Raiburn. I chose a couple of the non-explicit

  photos to show to JD and ND. They identified CV as being depicted in the photographs as well as Raiburn being depicted with CV in one of them.

  c. JD and ND agreed to allow me to take some photos of the inside of their residence. I recognized several characteristics of this residence and items within as being depicted in many of the photographs CV sent to Raiburn.

## CONCLUSION

20. For the reasons set forth above, there is probable cause to believe that RAIBURN produced child pornography, in violation of Title 18, United States Code, Section 2251(a).

I declare under penalty of perjury that the foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

10-1-19
Date

_____
Chris Thomas, Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn by me on this 1st day of October 2019.

_____
Hon. Celeste F. Bremer
United States Magistrate Judge
Southern District of Iowa

11